1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DARYL T. EREMIN (TXBN 24012593)
   Special Assistant United States Attorney
5      450 Golden Gate Avenue
       San Francisco, California  94102
6      Telephone: (415) 522-6031
       Facsimile: (415) 436-7234
7      E-Mail: Daryl.Eremin@usdoj.gov

8  Attorneys for the United States

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

UNITED STATES OF AMERICA,            )   Criminal No. CR 09-0880 JSW
                                     )
         Plaintiff,                  )
                                     )
    v.                               )   [PROPOSED] ORDER AND
                                     )   STIPULATION EXCLUDING TIME
ALBERTO GODINEZ-GALARZA,              )   FROM NOVEMBER 5, 2009, TO
   a/k/a Alberto Godines-Galarsa,    )   DECEMBER 17, 2009
   a/k/a Beto Godines-Galarza,       )
   a/k/a Ramon Gonzales-Ramires, and )
   a/k/a Jose Jesus Hernandez,       )
                                     )
         Defendant.                  )
                                     )
_____)

        The parties appeared before the Honorable Jeffrey S. White on November 5, 2009.

With the agreement of counsel for both parties, the Court found and held as follows:

        1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161, from November 5, 2009, to, December 17, 2009, in light of the need for the defendant and

defendant's counsel to further review discovery.  Failure to grant the requested continuance

would unreasonably deny defense counsel reasonable time necessary for effective preparation,

taking into account the exercise of due diligence and the need for counsel to further review the

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0880 JSW

discovery with the defendant.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 5, 2009, to, December 17, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 5, 2009, to, December 17, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: November 5, 2009            /s/
RONALD C. TYLER
Counsel for Alberto Godinez-Galarza

DATED: November 5, 2009            /s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 6, 2009            *Jeffrey S. White*
THE HON. JEFFREY S. WHITE
United States District Judge