JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>ALBERTO GODINEZ-GALARZA, )<br>  a/k/a Alberto Godines-Galarsa, )<br>  a/k/a Beto Godines-Galarza, )<br>  a/k/a Ramon Gonzales-Ramires, and )<br>  a/k/a Jose Jesus Hernandez, )<br>)<br>   Defendant. )<br>_____ ) | Criminal No. CR 09-0880 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>DECEMBER 17, 2009, TO FEBRUARY<br>18, 2010 |

     The parties appeared before the Honorable Jeffrey S. White on December 17, 2009, and again on January 28, 2010. The defendant was not present in Court on December 17, 2009. On January 28, 2010, and with the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 17, 2009, to, February 18, 2010, in light of the need for the defendant and defendant's counsel to further review discovery. Failure to grant the requested continuance

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 09-0880 JSW

would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to further review the discovery with the defendant.

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 17, 2009, to, February 18, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 17, 2009, to, February 18, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

     IT IS SO STIPULATED.

DATED: January 29, 2010            /s/
RONALD C. TYLER
Counsel for Alberto Godinez-Galarza

DATED: January 29, 2010            /s/
DARYL T. EREMIN
Special Assistant United States Attorney

     IT IS SO ORDERED.

DATED: January 29, 2010            *Jeffrey S. White*
THE HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 09-0880 JSW           2