JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 552-6031
    Facsimile: (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GODINEZ-GALARZA, <br><br> Defendant. | No. CR 09-0880 JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    On February 18, 2010, the parties in this case appeared before the Court at a status hearing. The Court continued the matter to March 25, 2010. The parties agreed to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 18, 2010 to March 25, 2010, in light of the need for defense counsel to receive and review discovery and to conduct further investigation.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February 22, 2010     /s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: February 22, 2009     /s/
RONALD TYLER
Assistant Federal Public Defender

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from February 18, 2010 to March 25, 2010 would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 18, 2010 to March 25, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from February 18, 2010 to March 25, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)..

SO ORDERED.

DATED: February 23, 2010

THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
ALBERTO GODINEZ-GALARZA, CR 09-0880 JSW     2