BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

**FILED**

JUL 29 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GODINEZ GALARZA, <br><br> Defendant. | CR 09-0880 JSW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FROM AUGUST 5, 2010 TO SEPTEMBER 16, 2010 |

## STIPULATION

The parties are scheduled to appear before the Court for the sentencing hearing on August 5, 2010. An issue has arisen which is critical to determination of the accurate advisory guidelines. At the request of defense counsel, the Probation Office is obtaining the necessary records to resolve the issue. The records are expected within the next two weeks. Defense counsel will be out of the office from August 6 until August 30, 2010. Upon his return, the issue should be easily resolved and appropriate sentencing memoranda can be prepared. Accordingly, the parties respectfully request that the hearing be continued until September 16, 2010 at 2:30 p.m. The probation officer is

Stipulation and [Proposed] Order to Continue
Hearing Date;
*United States v. Godinez-Galarza*
CR 09-0880 JSW                                      - 1 -

1 | also available on the requested date.

3 | SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

6 | DATED: July 28, 2010

/s/
PATRICIA SPALETTA
Special Assistant United States Attorney

9 | DATED: July 28, 2010

/s/
RONALD C. TYLER
Assistant Federal Public Defender

## [PROPOSED] ORDER

For the reasons stated above, the Court hereby continues the sentencing hearing from August 6, 2010 to September 16, 2010 at 2:30 p.m.

SO ORDERED.

DATED: 07/29/10

THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

Stipulation and [Proposed] Order to Continue
Hearing Date;
*United States v. Godinez-Galarza*
CR 09-0880 JSW                                        - 2 -