| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | |
| 5 | PATRICIA SPALETTA (CABN 156788)<br>Special Assistant United States Attorney |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California  94102<br>Telephone:    (415) 552-6031 |
| 8 | Facsimile:    (415) 436-7234<br>Patricia.Spaletta@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0880 JSW |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED]<br>PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| ALBERTO GODINEZ-GALARZA, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, the undersigned submits this proposed preliminary order of forfeiture.

On May 18, 2010, pursuant to a plea agreement, the defendant pleaded guilty to Count Two of the Superseding Indictment for a violation of 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of a Firearm. The Superseding Indictment contains a firearms forfeiture allegation. The parties entered into a plea agreement where the defendant agrees to forfeit all firearms or

[PROPOSED] ORDER OF FORFEITURE
U.S. v. ALBERTO GODINEZ-GALARZA, CR 09-0880                                                                1

1  contraband seized by law enforcement from his possession or control, including the Tanfoglio
2  brand .45 caliber pistol, the AKM 7.62 caliber machine gun, a Colt brand model Super 38 Auto,
3  .38 caliber pistol, and a Ruger rifle, .22 caliber, a Wards Hercules shotgun, .20 gage, a
4  Remington rifle, .22 caliber, and a Sterling Arms pistol, .22 caliber.

5  Accordingly, the Court has determined, based upon the defendant's plea agreement, that all
6  property named in paragraph 11 of the plea agreement is subject to forfeiture pursuant to 18
7  U.S.C. § 924(d), that the defendant had an interest in such property, and that the government has
8  established the requisite nexus between such property and the offenses.

MELINDA HAAG  
United States Attorney

DATED: September 10, 2010           /s/  
PATRICIA SPALETTA  
Special Assistant United States Attorney

DATED: September 10, 2010           /s/  
RONALD TYLER  
Attorney for Godinez-Galarza

SO ORDERED.

DATED: September 13, 2010           *(signed)*  
THE HON. JEFFREY S. WHITE  
United States District Judge

[PROPOSED] ORDER OF FORFEITURE  
U.S. v. ALBERTO GODINEZ-GALARZA, CR 09-0880                        2